THE HONORABLE JOHN L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE CEMENT MASONS & PLASTERES HEALTH & WELFARE TRUST, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LUNDEEN SIMONSON INCORPORATED, *et al.*, <br><br> Defendant. | NO. 2:16-cv-01986-JLR <br><br> **STIPULATION AND JUDGMENT OF DISMISSAL OF DEFENDANTS AND ACTION WITH PREJUDICE AND WITHOUT COSTS OR FEES TO ANY PARTIES** |

This Stipulated Dismissal is entered into between Plaintiffs and Defendants T.W. Clark Construction, LLC ("T.W. Clark"), Travelers Casualty and Surety Company of America ("Travelers") and City of Colville ("the City"). The parties hereby stipulate to a judgment of dismissal of all claims and causes of action by Plaintiffs against T.W. Clark, Travelers, and the City with prejudice and without costs or attorney fees to any party. The parties further stipulate to a judgment of dismissal of all claims and causes of action by Plaintiffs against Lundeen Simonson Incorporated without prejudice and without costs or attorney fees to any party.

STIPULATION AND JUDGMENT OF DISMISSAL
Cause No. 2:15-cv-01986-JLR – 1

5000 331 sd251201

McKENZIE ROTHWELL BARLOW
& COUGHRAN, P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

1  Defendant Lundeen Simonson Incorporated has not appeared in this matter.

2  DATED this 27th day of April, 2017.

| McKenzie Rothwell Barlow | Witherspoon Brajcich McPhee |
| & Coughran, P.S. | Attorneys for Defendants T.W. Clark |
| Attorneys for Plaintiff Trust Funds | Construction, LLC. and Travelers Casualty |
|  | and Surety Company of America |

/s/ Noelle E. Dwarzski
Noelle E. Dwarzski, WSBA #40041

/s/ James A. McPhee
James A. McPhee, WSBA # 26323

Ogden Murphy Wallace, PLLC
Attorneys for Defendant City of Colville

/s/ Charles D. Zimmerman
Charles D. Zimmerman, WSBA # 13694

### ORDER

NOW THEREFORE, it is hereby ordered and adjudged that all defendants and this action are hereby dismissed as set forth above.

DATED this 27th day of April, 2017.

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND JUDGMENT OF DISMISSAL
Cause No. 2:15-cv-01986-JLR – 2

5000 331 sd251201

McKENZIE ROTHWELL BARLOW
& COUGHRAN, P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

1  Respectfully Submitted by:

2  McKenzie Rothwell Barlow                    Witherspoon Brajcich McPhee
   & Coughran, P.S.                            Attorneys for Defendants T.W. Clark
3  Attorneys for Plaintiff Trust Funds         Construction, LLC. and Travelers Casualty
                                               and Surety Company of America
4

5

   /s/ Noelle E. Dwarzski                      /s/ James A. Mc Phee
6  Noelle E. Dwarzski, WSBA #40041             James A. McPhee, WSBA # 26323

7  Ogden Murphy Wallace, PLLC
   Attorneys for Defendant City of Colville
8

9

   /s/ Charles D. Zimmerman
10 Charles D. Zimmerman, WSBA # 13694

11

12                      CERTIFICATE OF SERVICE

13      I hereby certify under penalty of perjury under the laws of the State of Washington
   that on this 27th day of April, 2017, I electronically filed the foregoing with the Clerk of the
14 Court using the CM/ECF system which will send notification to all parties registered with
   CM/ECF in this matter. Defendant Lundeen Simonson Incorporated has not appeared in this
15 matter.

16      Dated this 27th day of April, 2017, at Seattle, Washington.

17                                  /s/ Noelle E. Dwarzski
                                    Noelle E. Dwarzski, WSBA #40041
18                                  McKENZIE ROTHWELL BARLOW
                                      & COUGHRAN, P.S.
19                                  Attorneys for Plaintiffs

20

21

22

STIPULATION AND JUDGMENT OF DISMISSAL
Cause No. 2:15-cv-01986-JLR – 3

5000 331 sd251201

McKENZIE ROTHWELL BARLOW
& COUGHRAN, P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900